UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TOWERS,<br><br>                     Petitioner,<br><br>          v.<br><br>SUPERIOR COURT, COUNTY OF STANISLAUS,<br><br>                     Respondent. | Case No.  1:20-cv-00411-NONE-JDP<br><br>ORDER GRANTING PETITIONER'S MOTION TO USE ELECTRONIC CASE FILING SYSTEM<br><br>ECF No. 15 |

Petitioner Roger Towers, a state probationer without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254.  ECF No. 1.  On June 8, 2020, petitioner moved for permission to use this court's case management/electronic case filing (CM/ECF) system.  ECF No. 15.  Respondent has filed no opposition and the time to do so has passed.

**Discussion**

In general, petitioners proceeding without counsel "shall file and serve paper documents" with the court.  L.R. 133(a).  However, a pro se petitioner may file using CM/ECF with the court's permission.  L.R. 133(b)(2).  Requests to use electronic filing "shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception."  L.R. 133(b)3).

1

Petitioner sought a stipulation to his use of CM/ECF from respondent but was unable to obtain it. ECF No. 15 at 4-5. Petitioner then moved for permission to use CM/ECF, stating that the cost and time required by paper filing is burdensome and that he has successfully used the state court's electronic filing system in the past. *Id.* at 3. We are satisfied with petitioner's stated reasons for the exception and grant his motion.

Petitioner is directed to familiarize himself with this court's CM/ECF policies and procedures, as they differ from those of the state court. Petitioner must fully acquaint himself with this court's CM/ECF user's manual and complete all relevant portions of the electronic learning modules prior to submitting any filings.[1] Petitioner must file all documents in the format dictated by our local rules. *See* L.R. 130, 133-35, 190. All requests made to the court should be filed in the form of a motion. Fed. R. Civ. P. 7(b)(1). If petitioner is unsure how to file a document, he should contact the clerk's office and clarify how to file *before* filing. Documents filed incorrectly will be rejected and must be refiled correctly before consideration by the court. Petitioner is cautioned that access to CM/ECF will be terminated if he makes unnecessarily voluminous filings or otherwise abuses his access to CM/ECF.

**Order**

1. Petitioner's motion to use CM/ECF, ECF No. 15, is granted;
2. petitioner is directed to provide the clerk's office with his email address, which must be maintained throughout the entire proceeding; and
3. the clerk of the court is directed to mail petitioner a consent to electronic service form. Upon return of this form, the clerk's office is directed to assign petitioner a CM/ECF login and password.

---

[1] Available at: http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/cmecf-users-manual/.

IT IS SO ORDERED.

Dated:   June 29, 2020        /s/ Jeremy Peterson    
                                    UNITED STATES MAGISTRATE JUDGE

No. 206.